ORIGINAL

JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

UNITED STATES OF AMERICA

    v.

LAZARO MORENO,
   a/k/a "Cuba,"

              Defendant.

----------------------------------x

NOTICE OF INTENT
TO FILE AN INFORMATION

07 CRIM 1124

07 Mag. 1484
07 Cr. _____

Scheindlin, J.

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           12/4 , 2007

                              MICHAEL J. GARCIA
                              United States Attorney

                    By: _____
                         Marissa Molé
                         Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
Mark Gombiner, Esq.
Attorney for Lazaro Moreno

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07

12/5/07 WHEEL A