UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   - v. -

DUVAL XAVIER LARA,
   a/k/a "Colombia,"

        Defendant.

- - - - - - - - - - - - - - - - - x

**WAIVER OF INDICTMENT**

07 Cr.

07CRM1123

     The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
DUVAL XAVIER LARA

_____
Richard B. Lind, Esq.
Attorney for DUVAL XAVIER LARA

Witness: _____

Date:    New York, New York
            , 2007

[Stamp: JUDGE DANIELS]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: DEC 10 2007]