JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

    - v. -                         :    INFORMATION

LAZARO MORENO,                     :    07 Cr.
   a/k/a "Cuba,"                   :
         Defendant.              :

- - - - - - - - - - - - - - - - - x



07 CRIM 1124

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 10 2007

### COUNT ONE

    The United States Attorney Charges:

    1.   From at least in or about early September 2007, through on or about September 6, 2007, in the Southern District of New York and elsewhere, LAZARO MORENO, a/k/a "Cuba," the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, namely, to violate Section 641 of Title 18, United States Code.

    2.   It was a part and an object of the conspiracy that LAZARO MORENO, a/k/a "Cuba," the defendant, and others known and unknown, unlawfully, willfully, and knowingly did embezzle, steal, purloin, and knowingly convert to their own use and the use of another, money and things of value of the United States and a department and agency thereof, in violation of Title 18, United States Code, Section 641.

Overt Acts

3.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York, and elsewhere:

a.   On or about September 5, 2007, in New York, New York, an individual acting under the direction of federal law enforcement agents ("Individual-1") met with LAZARO MORENO, a/k/a "Cuba," the defendant, and a co-conspirator not named as a defendant herein ("CC-1"), and arranged a meeting for the following day, at which time they would sell approximately two kilograms of cocaine to Individual-1 for approximately $43,000.

b.   On or about September 6, 2007, in Queens, New York, LAZARO MORENO, a/k/a "Cuba," the defendant, CC-1, and a second co-conspirator not named as a defendant herein ("CC-2") gathered in a parking lot to meet with Individual-1, at which time CC-2 was carrying approximately two kilograms of a substance that was packaged in a manner consistent with the appearance of cocaine.

(Title 18, United States Code, Section 371.)

*[signature: Michael J. Garcia]*

MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

LAZARO MORENO,
a/k/a "Cuba,"

Defendant.

---

**INFORMATION**

07 Cr.

(18 U.S.C. § 371)

---

*Filed Information & Waiver of Indictment*

MICHAEL J. GARCIA
United States Attorney.

*12/10/07 Deft. Pres w/ Atty Mark Gombiner, AUSA Marissa Mole & Courtreporter pres. Deft. filed consent to proceed before Mag. Judge. Deft. Pleads guilty. PSI Ordered. Bail Cont'd. Sentence to be set by Judge Scheindlin.
s/ Mag. Judge Katz*