```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
      - v. -                      :   ORDER
                                  :
LAZARO MORENO,                    :   07 Cr. 1124 (SAS)
   a/k/a "Cuba,"                  :
                                  :
            Defendant.            :
                                  :
                                  :
- - - - - - - - - - - - - - - - - x
```

WHEREAS, with defendant Lazaro Moreno's consent, his guilty plea allocution was taken before the Honorable Theodore H. Katz, United States Magistrate Judge, on December 10, 2007;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count One of the Information knowingly and voluntarily, and that there is a factual basis for the guilty plea,

IT IS ORDERED that defendant Lazaro Moreno's guilty plea be, and hereby is, ACCEPTED.

Dated: Jan 15, 2008.

_____
The Honorable Shira A. Scheindlin
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/08