# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Appeals Bureau

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

Appeals Bureau
Barry D. Leiwant
*Attorney-in-Charge*

March 11, 2008

Hon. Shira A. Schiendlin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

Re: **United States v. Lazaro Moreno**
     07 Cr. 1124

Your Honor:

   I am writing to request that the sentencing of Mr. Moreno, presently scheduled for March 18, 2008, be adjourned for approximately ten days. I am requesting the adjournment because Mr. Moreno is scheduled to be sentenced on a case pending in the Supreme Court of New York County on March 18, 2008. I believe the sentence Mr. Moreno receives in that case will be important in determining an appropriate sentence for the instant offense.

   The government consents to this request for an adjournment.

                                   Respectfully submitted,

                                   Mark B. Gombiner
                                   Attorney for Lazaro Moreno

cc: A.U.S.A. Marissa Mole
    U.S.P.O. Collen Tyler

*Request granted.
Sentence adjourned to April 1
at 3:30 p.m.
So Ordered.        USDJ
                   3/12/08*