# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District
Southern District of New York
John J. Byrnes
Attorney-in-Charge

Leonard F. Joy
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

RECEIVED
CHAMBERS OF
MAR 27 2008
JUDGE SCHEINDLIN

March 27, 2008

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Lazaro Moreno**
    07 Cr. 1124 (SAS)

Your Honor:

I am requesting that the sentence of Mr. Moreno, currently scheduled for Tuesday, April 1, 2008 be adjourned until sometime after April 28, 2008. On Wednesday, March 25, 2008, Mr. Moreno was sentenced to one year in jail by New York County Supreme Court. Mr. Moreno was remanded after sentencing.

Because he had already served approximately 7 months on this case in pre-trial detention before being released on bail, Mr. Moreno is scheduled to complete his sentence on April 28, 2008. I am requesting an adjournment because Mr. Moreno has strongly indicated his desire to complete his New York State sentence before being sentenced in the instant matter. In addition, because he is in state custody, there is a substantial practical difficulty in securing Mr. Moreno's appearance for April 1, 2008.

The government does not object to the request for an adjournment.

Respectfully submitted,

Mark B. Gombiner
Attorney for Lazaro Moreno

cc: A.U.S.A. Marissa Mole

*Defendant's sentence is hereby adjourned to Tuesday, May 6, 2008, at 4:00 pm.*

*Date: New York, New York*
*March 27, 2008*

Shira A. Scheindlin
U.S.D.J.

TOTAL P.002